IN  THE DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA


JOSHUA WESTMORELAND   PRO SE

½PETITIOINER

v.

UNITED STATES OF AMERICA

RESPONDENTS

CIVIL CASE NO.TRT-SCR
2019-03796 PUSUANT TO
TITLE 31U.S.C.3723
TORT CLAIM TO DISTRICT
COURT FOR GOOD/CAUSE


FILED
SCRANTON

NOV 2 1 2019

PER _____
DEPUTY CLERK

MOTION

COMES NOW PRO SE PETITIONER JOSHUA WESTMORELAND and request that th-
is court hold his prom se brief to aless stringent standard than one
prepared and filed by a seasoned lawyer.See  Thomas v. Eby,481 U.S.
434,440(6th, Cir.2007);Haines v. Kerner,404 U.S.519-21(1972). In su-
pport of mpetitioners claims for relief,allegations at law he averts
the following grounds for relief.


CASE HISTORY

PETITIONER FILED ALL, OF THE APPROPRIATE GRIEVENCE FORM AND EVIDENCE
OF LOST PROPERTY,RECIEPTS,AND ALL THE NECCESSARY MATERIALS.SEE ATTA-
CHED RECIEPTS OF AND ALL PAST ACTIONS FILED WITH THE REGIONAL PER-
SONEL. THUS PETITIONER REQUEST  THAT THIS HONORABLE COURT ADJUDICATE

ALL OF HIS CLAIMS FOR RELIEF WITHIN THIS PRESENT MOTION AND  GRANT
THE REQUESTED RELIEF.SEE(ATTACHED EXHIBITS AT LAW)

RESPECTFULLY

joshua Westmoreland

CERTIFICATE OF SERVICE

ON  THIS DAY OF 11/18/2019 2019.I SENT A COPY OF THIS MOTION  TO
THE CLERK OF  COURT.

ims Act

1.   [PURPOSE AND SCOPE   §543.30.   Pursuant to the Federal Tort Claims Act, a claim for money damages for personal injury or death and/or damage to or loss of property must be filed against the United States by the injured party with the appropriate

Federal agency for administrative action.   General provisions for processing administrative claims under the Federal Tort Claims

Act are contained in 28 CFR part 14.   The provisions in this subpart describe the procedures to follow when filing an administrative tort claim with the Bureau of Prisons.]

Under the Federal Tort Claims Act (FTCA), the government may be liable for the negligent or wrongful acts or omissions of its employees while acting within the scope of their employment.

Inmate work-related claims are not compensable under the FTCA's provisions.   Such claims should be processed under the Inmate Accident Compensation Act, 28 CFR 301.301 - 301.317.

Most federal employee work-related claims are also not paid under the FTCA's provisions.   Work-related personal injury or death claims are processed under the Federal Employees' Compensation

Act (FECA), 5 U.S.C. §§ 8101 - 8193.   Work-related personal property claims are processed under the Military and Civilian Employees Claims Act (CECA), 31 U.S.C. § 3721, or under the Bureau of Prisons Claims Act (BOPCA), 31 U.S.C. § 3722, unless the claim involves government negligence.

2.   **SUMMARY OF CHANGES.**   This Program Statement is revised to increase the settlement amounts for the Regional Counsels and the General Counsel.

**[Bracketed Bold]** - Rules

Regular Type - Implementing Information

3.   **PROGRAM OBJECTIVE.**   The expected result of this program is:

Appropriate compensation will be made under the Federal Tort Claims Act if individuals suffer proven monetary loss, personal injury, or wrongful death caused by an employee's negligent or

pro

**1**

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

18389078

wrongful act or omission, while the employee is acting within the scope of his or her employment.

4.    **DIRECTIVES AFFECTED**

a.    **Directive Rescinded**

PS 1320.05    Federal **Tort** Claims Act (6/28/00)

b.    **Directives Referenced**

28 U.S.C. § 1346(b) United States as Defendant

28 U.S.C. §§ 2671-2680, **Tort** Claims Procedure

28 U.S.C. § 2401(b) Statutory Time Period

DOJ Order 2110.23C    Filing and Settlement of Claims of Civilian Personnel for Damages to or Loss of Personal Property Incident to Service (12/13/91)

c.    **Rules Referenced**

28 CFR 0.96 & 0.97, Delegation and Redelegation of authority

28 CFR 0.172, Authority: Federal **tort** claims

28 CFR 14.1 through 14.11, Administrative Claims under FTCA

28 CFR 543.30 through 543.32, Claims under the FTCA

5.    **STANDARDS REFERENCED**

a.    American Correctional Association 3rd Edition Standards for Adult Correctional Institutions:    3-4041, 3-4190, and 3-4393

b.    American Correctional Association 3rd Edition Standards for Adult Local Detention Facilities:    3-ALDF-1B-15, 3-ALDF-3A-24, and 3-ALDF-4G-07

6.    **DELEGATION OF AUTHORITY.**    The General Counsel and Regional Counsel are delegated authority (28 CFR 0.97) to consider, adjust, determine, compromise, settle, and pay federal tort claims if the amount of a proposed adjustment, compromise, settlement, or award does not exceed the amount specified in

28 CFR 0.172.

proj

**2**

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

18889075

7.   [**FILING A CLAIM**   §543.31

   a.   <u>Who may file a claim?</u>   You may file a claim if you are
the injured person or the owner of the damaged or lost property.
A person acting on your behalf as an agent, executor,

administrator, parent, guardian, or other representative may file
a claim for you if the person provides a written statement signed
by you giving that person permission to act for you.   A
representative may also file a claim for wrongful death.   If you
hire a lawyer or authorize a representative to act on your

behalf, the agency will correspond only with that representative,
and will not continue to correspond with you.]

   A claim may be filed by an inmate or a non-inmate (e.g., staff
member, visitor, or private citizen).   You must file a claim
within two years after your claim accrues.   Should a settlement
offer be made, the voucher will contain both your name and the
name of your representative, if applicable.

   Regional Counsel staff will track all claims that are filed
properly within their regions.

   Claims will not

3

proj

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement.

18889075

RECEIVED

United States Department of Justice
Federal Bureau of Prisons
*Consolidated Legal Center*
7410 S MacArthur Blvd.
Oklahoma City, OK 73169

<u>Official Use Only</u>

OKLAHOMA CITY
OK 730
11 OCT '19
PM 3 L

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
$ 000.509
02 1P
0000697741   OCT 11 2019
MAILED FROM ZIP CODE 73169

Joshua Westmoreland
Register No. 18889-075
United States Penitentiary - Canaan
P.O. Box 300
Waymart, PA   18472

18472-080000



**United States Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

**OCT 1 1 2019**

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas  75051*

Joshua Westmoreland
Reg. No. 18889-075
United States Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

        Re:     Tort Claim No. TRT-SCR-2019-03796

Dear Mr. Westmoreland:

This letter is the Federal Bureau of Prisons' (BOP) response to your request for reconsideration of the administrative claim you submitted pursuant to and adjudicated pursuant to 31 U.S.C. § 3723.

The BOP letter to you of May 29, 2019 stated in part, "You must submit your request for reconsideration in writing, to the above address with three months of the date of this letter."   Your request for reconsideration must have been received no later than August 29, 2019.   Your request was post-marked September 3, 2019, and was not received until September 16, 2019; therefore, it is untimely and is denied.

You should be aware that Title 31 U.S.C. § 3723 does not provide for judicial review of claim determinations made under that statutory provision.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/elg

cc:     D. Hendrix, Complex Warden
        FCC Forrest City

        E. Bradley, Warden
        USP Canaan



**United States Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center*

*Federal Transfer Center*
*7410 S. MacArthur Blvd.*
*Oklahoma City, OK 73189*

Date Mailed:      **SEP 1 8 2019**

Joshua Westmoreland
Register No. 18889-075
United States Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

Mr. Westmoreland:

We are returning your correspondence concerning reconsideration
of Tort Claim No. TRT-SCR-2019-03796.  The request for
reconsideration must be submitted to the Regional Counsel for
the South Central Regional Office at the address below.

                    Regional Counsel
                    South Central Regional Office
                    U.S. Armed Forces Reserve Complex
                    344 Marine Forces Drive
                    Grand Prairie, Texas 75051

You should include additional evidence of the damage or loss to
support your request for reconsideration.

Sincerely,

J.D. Crook
Supervisory Attorney

JDC/elg

Encl



Joshua Westmoreland # 28889-075
United States Penitentiary - Canaan
P.o. box 300
Waymart, PA, 18 472

RECEIVED
SCRANTON
NOV 21 2019
PER_____
DEPUTY CLERK

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS

District of Courts

William T. Nealon Federal building,

United States court house

235 North Washington Avenue RM 201

Scranton PA 18503

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS

POSTAGE
DUE